# PATUNAS LAW LLC

Michael E. Patunas
mpatunas@patunaslaw.com

March 8, 2018

**VIA ECF**

Honorable Peter G. Sheridan, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re:   *AMAG Pharmaceuticals, Inc. v. Sandoz Inc., C.A. No. 16-cv-1508-PGS-LHG*

Dear Judge Sheridan:

    We represent Plaintiff AMAG Pharmaceuticals, Inc. and are scheduled to appear for trial in Courtroom 4E on Monday, March 19, 2018 at 10:00 a.m. Like Defendant Sandoz Inc., we hereby request permission to use the District Court NOMAD System (including projector, screen, Elmo, and monitors). We also hereby request permission to bring the following equipment to Courtroom 4E to assist in preparation and/or presentation for the trial:

1 6-way VGA Switch and Cabling
1 Projector (only if NOMAD is unavailable)
1 Projector Stand (only if NOMAD is unavailable)
9 LCD Monitors (only if NOMAD is unavailable)
Speakers
1 Small all-in-one scanner/printer/copier
Miscellaneous Cabling
1 Folding Table

    Additionally, we request permission for counsel for AMAG to bring their individual laptops. Counsel will be bringing boxes and equipment in and out of the courthouse from March 19, 2018 to April 4, 2018. To ease in the transport of the boxes and equipment, AMAG requests

# PATUNAS LAW LLC

Hon. Peter G. Sheridan, U.S.D.J.
March 8, 2018

permission to utilize the courthouse loading dock area as needed from March 19, 2018 to April 4, 2018.

If this is acceptable we request that Your Honor enter his "So Ordered" on this letter and forward to the Clerk for docketing. We thank you for your consideration of this request.

Respectfully,

*/s/ Michael E. Patunas*

Michael E. Patunas

cc:   Hon. Lois. H. Goodman., U.S.M.J. (via ECF)
      All Counsel (via ECH and email)

24 Commerce Street, Suite 606, Newark, New Jersey 07102 • P: (973) 396-8740 • F: (973) 396-8743