

21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543-5226
609.924.0808 *main* | 609.452.1888 *fax*

www.hillwallack.com

WRITER'S DIRECT DIAL:  (609) 734-6395
WRITER'S EMAIL:  csaveriano@hillwallack.com

March 9, 2018

**VIA ECF**
Honorable Peter G. Sheridan, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building and U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

     Re:  ***AMAG Pharms., Inc. v. Sandoz Inc.,*** **C.A. No. 16-cv-01508-PGS-LHG (D.N.J.)**

Dear Judge Sheridan:

     We represent defendant Sandoz Inc.  Enclosed please find a Confidential Stipulation and Order for the Court's consideration.  Plaintiff consents to the entry of the enclosed Confidential Stipulation and Order.  If this meets with the Court's approval, we respectfully request that Your Honor sign and enter the enclosed Confidential Stipulation and Order and forward to the Clerk for docketing under seal.  We have also enclosed a redacted Stipulation and Order that can be publicly filed for the Court's convenience.  The parties will file the required Motion to Seal relating to the filing of the Confidential Stipulation and Order as per Local Rules.

     Thank you for Your Honor's attention to this matter.

                                Respectfully submitted,

                                /s/Christina Saveriano
                                CHRISTINA SAVERIANO

Enclosures

cc:    Counsel of Record via ECF