**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| AMAG PHARMACEUTICALS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SANDOZ INC., ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 3:16-cv-01508-PGS-LHG <br><br> **CONFIDENTIAL** <br> **FILED UNDER SEAL** |

**STIPULATION AND ORDER**

WHEREAS Defendant Sandoz Inc. ("Sandoz") submitted Abbreviated New Drug Application ("ANDA") No. 206604 to the U.S. Food and Drug Administration ("FDA") seeking approval for Ferumoxytol Injection, 30 mg/mL, 17 mL single-use vials ("Sandoz ANDA Product") prior to the expiration of, *inter alia*, United States Patent Nos. 6,599,498 B1 ("the '498 patent"), 7,553,479 B2 ("the '479 patent"), 7,871,597 B2 ("the '597 patent"), 8,591,864 B2 ("the '864 patent"), and 8,926,947 B2 ("the '947 patent"), which are listed in the electronic version of FDA's publication, *Approved Drug Products with Therapeutic Equivalence Evaluations* ("Orange Book"), in connection with Feraheme®;

WHEREAS Plaintiff AMAG Pharmaceuticals, Inc. ("AMAG") filed the above-captioned action for alleged infringement of the '498, '479, '597, '864 and '947 patents;

WHEREAS the '479, '597, '864 and '947 patents expire March 8, 2020, and the '498 patent expires June 30, 2023;

[REDACTED]

1

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

█████████████████████████████████████████

███████████████████████████████████████████████████

██████

　　　████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████████████████████████████

██████

　　　████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████████

　　　NOW THEREFORE, IT IS HEREBY STIPULATED, AGREED, AND ORDERED that:

█　　███████████████████████████████████████████

　　　███████████████████████████████████████████

　　　███████████████████████████████████████████

　　　███████████████████████████████████████



■ ███████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████

6. ████████████████████████████████████████████████

██████████████████

7. This stipulation shall not be used in any other proceeding or litigation, except to enforce its terms.

8. This Court retains jurisdiction to enforce or supervise performance under this Order.

Dated: March 9, 2018

| | |
|---|---|
| By: /s/ Michael Patunas | By: /s/ Christina L. Saveriano |
| Michael Patunas | Eric I. Abraham |
| **PATUNAS LAW LLC** | Christina L. Saveriano |
| 24 Commerce Street, Suite 606 | **HILL WALLACK LLP** |
| Newark, NJ 07102 | 21 Roszel Road |
| Tel.: (973) 396-8740 | Princeton, New Jersey 08540 |
| mpatunas@patunaslaw.com | (609) 924-0808 |
| | eia@hillwallack.com |
| | csaveriano@hillwallack.com |
| OF COUNSEL: | OF COUNSEL: |
| Elizabeth J. Holland | William A. Rakoczy |
| Calvin E. Wingfield Jr. | Deanne M. Mazzochi |
| Natasha G. Daughtrey | Tara M. Raghavan |
| Tyler Doh | Conly S. Wythers |
| Tiffany Mahmood | **RAKOCZY MOLINO MAZZOCHI** |
| Shaun de Lacy | **SIWIK LLP** |
| **GOODWIN PROCTER LLP** | 6 West Hubbard Street Suite 500 |
| The New York Times Building | Chicago, Illinois 60654 |
| 620 Eighth Avenue | (312) 222-6301 |
| New York, NY 10018-1405 | |
| (212) 813-8800 | *Attorneys for Defendant Sandoz Inc.* |

4

Daryl L. Wiesen
Srikanth K. Reddy
Sundar Subramanyam
**GOODWIN PROCTER LLP**
100 Northern Ave
Boston, MA 02210
(617) 570-1000

*Attorneys for Plaintiff AMAG Pharmaceuticals, Inc.*

                              **SO ORDERED:**

                              _____
                              PETER G. SHERIDAN, U.S.D.J.